HURIN M. CLEMENTS, Appellant, *v.* B. SHERWOOD-DUNN, Respondent, Impleaded with Another.

*Clements* v. *Sherwood-Dunn,* 108 App. Div. 327, affirmed.
(Argued December 17, 1906; decided January 8, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1905, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to enforce specific performance of an alleged oral contract for services.

*Thomas D. Adams* and *A. C. Palmer* for appellant.

*Hubert E. Rogers* for respondent.

Order affirmed and judgment absolute ordered against appellant, on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.